UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

ALAN HEIFETZ,

        Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Nevada Government Agency; CHRIS CARWILE, an individual; NICOLE MOORE, an individual, Does I through X,

        Defendant(s).

2:21-cv-01472-JAD-VCF

**ORDER**

    Before the Court is Alan Heifetz v. Las Vegas Metropolitan Police Department, et al., case number 2:21-cv-01472-JAD-VCF.

    A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

    Accordingly,

    IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before October 13, 2021.

    DATED this 29th day of September, 2021.

                                            _____

                                            CAM FERENBACH
                                            UNITED STATES MAGISTRATE JUDGE