SAO
BRANDON L. PHILLIPS, ESQ
Nevada Bar No. 12264
BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC
1455 E. Tropicana Ave., Suite 750
Las Vegas, Nevada 89119
(702) 795-0097, (702) 795-0098 fax
blp@abetterlegalpractice.com
*Attorney for Plaintiff, Alan Heifetz*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| ALAN HEIFETZ, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Nevada Government Agency; CHRIS CARWILE, an individual; NICOLE MOORE, an individual, Does I through X,<br><br>Defendants. | CASE NO.  2:21-cv-01472-CDS-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE THE OPPOSITION TO THE MOTION OF SUMMARY JUDGMENT** |

Defendants filed a Motion for Summary judgment on May 11th, 2022. Plaintiff's Opposition is set To be due June 1st, 2022. Based on the current schedule of Plaintiff, as conveyed to Defendant the Parties are agreeable to a short extension of the opposition, until June 6th, 2022. The parties hereby Stipulate to Plaintiff's opposition to the Motion for Summary Judgment to be due on June 6th, 2022. This is the Plaintiffs first request to extend this deadline, which is made in good faith and not for purposed of delay.

///

///

///

///

1

Dated: _____

IT IS HEREBY STIPULATED AND AGREED.

BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC

/s/ Brandon L. Phillips
_____

BRANDON L. PHILLIPS, ESQ.
Nevada Bar No. 12264
1455 E. Tropicana Ave., Suite 750
Las Vegas, Nevada 89119
*Attorney for Plaintiff, Alan Heifetz*

LEWIS BRISBOIS BISGAARD & SMITH LLP

  /s/   Robert W. Freeman
_____
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
E. Matthew Freeman, Esq. Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant Las Vegas Metropolitan Police Department

### ORDER

The Court finds good cause to extend the response deadlines in light of the information set forth in the Stipulation.

IT IS SO ORDERED.

Dated: __June 3, 2022_____        _____
                                        UNITED STATES DISTRICT JUDGE