BRANDON L. PHILLIPS, ESQ
Nevada Bar No. 12264
BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC
1455 E. Tropicana Ave., Suite 750
Las Vegas, Nevada 89119
(702) 795-0097, (702) 795-0098 fax
blp@abetterlegalpractice.com
*Attorney for Plaintiff, Alan Heifetz*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA, SOUTHERN DIVISION

| ALAN HEIFETZ, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Nevada Government Agency; CHRIS CARWILE, an individual; NICOLE MOORE, an individual, Does I through X,<br><br>Defendants. | CASE NO.  2:21-cv-01472-CDS-VCF<br><br>**SECOND STIPULATION AND ORDER TO EXTEND THE TIME TO FILE THE OPPOSITION TO THE MOTION OF SUMMARY JUDGMENT**<br><br>**SECOND REQUEST** |
|---|---|

Pursuant to LR 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for Plaintiff to file his Opposition to Defendant's Motion for Summary Judgment in the above-captioned case eleven (11) days, up to and including Friday, June 17, 2022.  The Opposition is currently due on June 6, 2022.

Over the past few weeks counsel for Plaintiff Heifetz had an emergency business matter that could not have been reasonably foreseen that took him out of the state. This is the Plaintiffs second request to extend this deadline, which is made in good faith and not for purposed of delay.

/

//

///

WHEREFORE, the parties respectfully request that this Court extend the time for the Plaintiff to file his Opposition to Defendant's Motion for Summary Judgment by eleven (11) days from the current deadline of June 6, 2022 up to and including June 17, 2022

DATED this 10th day of June, 2022.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Robert W. Freeman
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Las Vegas Metropolitan Police Department*

DATED this 10th day of June, 2022.

BRANDON L. PHILLIPS ATTORNEYS AT LAW, PLLC

/s/ Brandon L. Phillips, Esq.
BRANDON L. PHILLIPS
Nevada Bar No. 12264
1455 East Tropicana Ave., Ste. 750
Las Vegas, Nevada 89119
*Attorneys for Plaintiff Alan Heifetz*

**ORDER**

IT IS SO ORDERED.

DATED this 14th day of June, 2022

_____
UNITED STATES DISTRICT JUDGE