1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   E. MATTHEW FREEMAN
3  Nevada Bar No. 14198
   Matt.Freeman@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant*
7  *Las Vegas Metropolitan Police Department*

8

                    UNITED STATES DISTRICT COURT
9
                 DISTRICT OF NEVADA, SOUTHERN DIVISION
10
                                  ***
11

ALAN HEIFETZ, as an individual;                CASE NO. 2:21-cv-01472-CDS-VCF
12
              Plaintiff,                       **STIPULATION ORDER TO EXTEND
13                                             THE DEADLINE FOR THE DEFENDANT
     vs.                                       TO FILE ITS REPLY IN SUPPORT OF
14                                             THE MOTION OF SUMMARY
LAS VEGAS METROPOLITAN POLICE                  JUDGMENT (Dkt. 14)**
15 DEPARTMENT, a Nevada Government
   Agency; CHRIS CARWILE, an individual;       **FIRST REQUEST**
16 NICOLE MOORE, an individual, Does I
   through X,
17
              Defendants.
18

19       Pursuant to LR 6-1, the parties, by and through their respective counsel of record, hereby

20 stipulate and request that this Court extend the deadline for Defendant to file its Reply In Support

21 of its Motion for Summary Judgment (Dkt. 14) in the above-captioned case seven (7) days, up to

22 and including Friday, July 8, 2022.  The Opposition is currently due on July 1, 2022.

23       Over the past few weeks counsel for defendant has been involved in multiple depositions

24 in Rice v. City of North Las Vegas, 2:20-cv-1542-JCM-DJA and Lewis v. City of Henderson,

25 2:21-cv-1128-APG-VCF.  This has limited counsel's time to prepare the reply briefing.

26       This is the defendant's first request to extend this deadline, which is made in good faith

27 and not for purposed of delay.

28 …

4887-5447-0183.1

WHEREFORE, the parties respectfully request that this Court extend the time for the Defendant to file its Reply in Support of the Motion for Summary Judgment by seven (7) days from the current deadline of July 1, 2022 up to and including July 8, 2022

DATED this 1st day of July, 2022.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Robert W. Freeman
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Las Vegas Metropolitan Police Department*

DATED this 1st day of July, 2022.

BRANDON L. PHILLIPS
ATTORNEYS AT LAW, PPLC

/s/ Brandon L. Phillips
BRANDON L. PHILLIPS
Nevada Bar No. 12264
1455 East Tropicana Ave., Ste. 750
Las Vegas, Nevada 89119
*Attorneys for Plaintiff Alan Heifetz*

**ORDER**

IT IS SO ORDERED.

DATED this 1st day of July, 2022

_____
UNITED STATES DISTRICT JUDGE

4887-5447-0183.1

2